UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAROLYN WOHR,<br><br>                          Plaintiff,<br><br>- against -<br><br>AMERICAN BROADCATING COMPANIES, INC.<br><br>                          Defendant. | Docket No. 1:19-cv-8560<br><br>JURY TRIAL DEMANDED |

## COMPLAINT

Plaintiff Carolyn Wohr ("Wohr" or "Plaintiff") by and through her undersigned counsel, as and for her Complaint against Defendant American Broadcasting Companies, Inc. ("ABC" or "Defendant") hereby alleges as follows:

### NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of a copyrighted photograph of a dog going through the sprinklers on a hot day in Texas, owned and registered by Wohr. Accordingly, Wohr seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

### JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. Upon information and belief, this Court has personal jurisdiction over Defendant because Defendant resides and/or transacts business in New York.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Wohr has a place of business at 715 Lakeland Road, Lake Dallas, Texas 75065.

6. Upon information and belief, ABC is a foreign business corporation duly organized and existing under the laws of the State of Delaware, with a place of business at 77 West 66th Street, New York, New York 10023. Upon information and belief, ABC is registered with the New York Department of State Division of Corporation to do business in the State of New York. At all times material hereto, ABC has produced a TV program called *America This Morning* (the "TV Program").

## STATEMENT OF FACTS

**A.    Background and Plaintiff's Ownership of the Photograph**

7. Wohr photographed a dog going through a sprinkler on a hot day in Texas (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8. Wohr is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9. The Photograph was registered with United States Copyright Office and was given Copyright Registration Number VA 2-116-086.

**B.    Defendant's Infringing Activities**

10. ABC ran the Photograph on the TV Program. A screenshot of the Photograph on the TV Program is attached hereto as Exhibit B.

11. ABC did not license the Photograph from Plaintiff for its TV Program, nor did ABC have Plaintiff's permission or consent to publish the Photograph on its TV Program.

## CLAIM FOR RELIEF

## (COPYRIGHT INFRINGEMENT AGAINST DEFENDANT)
### (17 U.S.C. §§ 106, 501)

12. Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-11 above.

13. ABC infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the TV Program. ABC is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

14. The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

15. Upon information and belief, the foregoing acts of infringement by ABC have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

16. As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and Defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

17. Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Photograph, pursuant to 17 U.S.C. § 504(c).

18. Plaintiff further is entitled to her attorney's fees and full costs pursuant to 17 U.S.C. § 505.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant ABC be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. That Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded her costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

5. That Plaintiff be awarded pre-judgment interest; and

6. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
September 13, 2019

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Carolyn Wohr*